THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ALFRED BERMAN, Appellant.

(Argued May 23, 1934; decided June 8, 1934.)

*Benjamin Finkel* and *Hyman Nemser* for appellant.

*William ·F. X. Geoghan, District Attorney* (*Henry J. Walsh* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: POUND, Ch. J., LEHMAN, O'BRIEN, CROUCH and LOUGHRAN, JJ. Dissenting: CRANE and HUBBS, JJ.